**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: ) | |
| ) | CHAPTER 7 |
| PATRICIA ANN STRICKLAND, ) | |
| ) | |
| Debtor. ) | Case No. 05-12845 (MFW) |
| _____ ) | |
| ) | |
| ROBERT L. MOORE, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Adv. No. 06-50160 (MFW) |
| ) | |
| PATRICIA ANN STRICKLAND, ) | |
| ) | |
| Defendant. ) | |
| _____ | |

**ORDER**

**AND NOW**, this **21st** day of **AUGUST, 2006,** upon consideration of the evidence and arguments presented in the parties' briefs and at the trial of the Plaintiff's Complaint for determination of dischargeability of debt and denial of discharge, it is hereby

**ORDERED** that any support awarded in favor of the Plaintiff against the Defendant by the Family Court (including the Judgment dated February 1, 2005, in the amount of $1,780) is **NOT DISCHARGEABLE** pursuant to 11 U.S.C. §523(a)(5); and it is further

**ORDERED** that, pursuant to 11 U.S.C. § 727(a)(4)(A), the Defendant's discharge is **DENIED**.

BY THE COURT:

*Mary F. Walrath*
Mary F. Walrath
United States Bankruptcy Judge

cc: James B. Tyler, III, Esquire[1]

---

[1] Counsel is to distribute a copy of this Opinion and Order on all interested parties and file a Certificate of Service with the Court.

<u>SERVICE LIST</u>

James B. Tyler, III, Esquire
211 E. Market Street
P.O. Box 211
Georgetown, DE 19947
Counsel for the Plaintiff

Tara A. Blakely, Esquire
Doroshow, Pasquale, Krawitz & Bhaya
213 East DuPont Highway
Millsboro, DE 19966
Counsel for the Defendant